UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE SANCHEZ, SR.<br><br>Defendant | CRIMINAL NO. 15cr-10106<br><br>VIOLATION:<br>7 U.S.C. §136j(a)(2)(G)<br>(Federal Insecticide,<br>Fungicide and<br>Rodenticide Act) |

## INDICTMENT

**COUNT ONE:**   Title 7, United States Code, Section 136j(a)(2)(G) – FIFRA

The Grand Jury charges that:

On or about June 1, 2013, at East Boston in the District of Massachusetts,

**JOSE SANCHEZ, SR.**

defendant herein, did knowingly use a pesticide registered with the Environmental Protection Agency in a manner inconsistent with its labeling; to wit, **SANCHEZ** applied and caused to be applied a pesticide containing Malathion within an interior living space although the pesticide's label did not permit indoor use.

All in violation of Title 7, United States Code, Section 136j(a)(2)(G) and Title 18, United States Code, Section 2.

1

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
Thomas E. Kanwit
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                     April 30, 2015

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk    4/30/15
                @ 11:30 am

2